**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,
          Plaintiff,

v.                                              **ORDER**
                                                No. 11-cr-306 (MJD/LIB)

CHRIS NEIL FERGUSON.,
          Defendant.

---

Clifford B. Wardlaw, Assistant United States Attorney, Counsel for Plaintiff.

Manny K. Atwal, Office of the Federal Defender, and Kevin M. Magnuson, Kelley, Wolter & Scott, PA, Counsel for Defendant.

---

**I.     Introduction**

This matter is before the court on Defendant Chris Neil Ferguson's motions to bifurcate proceedings and to exclude Rule 404(b) evidence. [Docket No. 20.]

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.     Defendant's Motion to Bifurcate Proceedings [Docket No. 20] is **DENIED**.

2. Defendant's motion to exclude evidence under Federal Rule of Evidence 404(b) [Docket No. 20] is **DENIED AS MOOT** because the Government has not moved to admit any such evidence.

Dated:  January 10, 2012          s/ Michael J. Davis
                                  Michael J. Davis
                                  Chief Judge
                                  United States District Court